UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RENDELL JONES, :
:
    Plaintiff : No. 3:CV-14-1091
:
v. : (Judge Nealon)
:
CUMBERLAND COUNTY PRISON, :
et al., :
:
    Defendants :

FILED
SCRANTON
OCT 21 2014
PER _____
DEPUTY CLERK

### ORDER

**AND NOW, THIS 21st DAY OF OCTOBER, 2014,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed in forma pauperis, (Doc. 6), is **GRANTED** only for the purpose of filing the complaint.

2. Defendants Cumberland County Prison and Prime Care Medical are **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

3. Plaintiff's Eighth Amendment medical claims are **DISMISSED without prejudice** to renewal in an amended complaint.

4. Plaintiff is afforded twenty-one (21) days from the date of this Order to file an amended complaint.

5. The Clerk of Court is directed to send Plaintiff two (2) copies of this Court's civil rights complaint form which he shall use in preparing any amended complaint.

6. Failure to timely file an amended complaint will result in the dismissal of this action pursuant to 28 U.S.C. § 1915(e)(2)(B).

_____
**United States District Judge**