UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RENDELL JONES, :
:
    Plaintiff : No. 3:CV-14-1091
:
v. : (Judge Nealon)
:
CUMBERLAND COUNTY PRISON, :
et al., :
:
    Defendants :

*FILED SCRANTON NOV - 6 2014 PER ___ DEPUTY CLERK*

## ORDER

**AND NOW, THIS 6th DAY OF NOVEMBER, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

*/s/ William J. Nealon*
**United States District Judge**